# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151459

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

         SC:  151459
         COA:  318097
         Wayne CC:  13-003898-FH

MASON MIKEL RUSS,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 13, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2016

Clerk

s1017